R. Blake Hamilton (11395)
blake.hamilton@dentons.com
**DENTONS DURHAM JONES PINEGAR P.C.**
111 South Main Street
Suite 2400
Salt Lake City, UT 84111
Telephone: (801) 415-3000
Facsimile: (801) 415-3500

ATTORNEY FOR DEFENDANT

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

# CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD SCOTT NEMROW,<br><br>Defendant. | **NOTICE OF LIMITED APPEARANCE OF COUNSEL FOR DEFENDANT**<br><br><br>Civil No. 2:22-cr-481 CW<br><br>Judge Clark Waddoups<br>Chief Magistrate Judge Dustin Pead |

Pursuant to DUCrimR 57-12 and DUCivR 83-1.3(b), R. Blake Hamilton of the firm Dentons Durham Jones Pinegar P.C. hereby enters his limited appearance on behalf of Defendant Richard Scott Nemrow. Mr. Hamilton's contact information is provided in the above-referenced heading. Mr. Hamilton's appearance is limited in scope and purpose to oppose the detention motion and appear at the detention hearing scheduled for December 19, 2022 on behalf of Mr. Nemrow. Mr. Nemrow remains responsible for all other matters not specifically described herein.

DATED this 16th day of December, 2022.

**DENTONS DURHAM JONES PINEGAR P.C.**

/s/ R. Blake Hamilton
R. Blake Hamilton
ATTORNEY FOR DEFENDANT

Limited Appearance Approved by:

/s/ Richard Scott Nemrow*
Richard Scott Nemrow (*electronically signed with verbal permission due to jail quarantine)

## CERTIFICATE OF SERVICE

I certify that I served a copy of **NOTICE OF LIMITED APPEARANCE OF COUNSEL FOR DEFENDANT** was served this 16th of December, 2022, via court filing upon the following people.

Trina Higgins
Jamie Thomas
Jennifer Muyskens
Cy Castle
Office of United States Attorney
111 S. Main Street, Suite 1800
Salt Lake City, UT 84111

/s/ Melani Thatcher
Paralegal